Blank Rome LLP
Gregory M. Bordo (SBN 156147)
GBordo@BlankRome.com
Harrison M. Brown (SBN 291503)
HBrown@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Attorneys for Plaintiff
WRI WEST GATE SOUTH, L.P.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRI WEST GATE SOUTH, L.P., a Texas limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>RELIANCE MEDIAWORKS (USA) INC., D/B/A BIG CINEMAS, a New Jersey corporation, and RELIANCE MEDIAWORKS, LTD., an Indian public limited company,<br><br>Defendants. | Case No.: 3:14-cv-03802-JSC<br><br>**[PROPOSED] ORDER PERMITTING APPEARANCE BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[*Assigned to the Honorable Jacqueline Scott Corley*]<br><br>Date:        November 20, 2014<br>Time:       1:30 PM<br>Courtroom: F, 15th Floor<br><br>Complaint Filed: August 21, 2014<br>Trial Date:          Not Set |

Plaintiff's Request to Appear by Telephone at Initial Case Management Conference as to Mr. Brown is granted. Mr. Brown shall be permitted to attend via telephone. Mr. Brown shall contact Court Call at 1-888-882-6878 to make the arrangements to appear by telephone.

DATED: November 6, 2014        By: _____/s/ Jacqueline S. Corley_____
                                                        Honorable Jacqueline Scott Corley
                                                        United States Magistrate Judge