UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRI WEST GATE SOUTH, L.P.,<br><br>    Plaintiff,<br><br>    v.<br><br>RELIANCE MEDIAWORKS (USA) INC., et al.,<br><br>    Defendants. | Case No. 14-cv-03802-JSC<br><br>**ORDER EXTENDING TIME FOR SERVICE** |

Plaintiff WRI West Gate South, L.P., filed suit against Defendants Reliance Mediaworks (USA) Inc., and Reliance Mediaworks, Ltd., an Indian public limited company, alleging breach of contract and other claims.  The clerk has entered default as to Defendant Reliance Mediaworks (USA) Inc. (Dkt. No. 16.)  The remaining Defendant, Reliance Mediaworks, Ltd., a foreign corporation, has not appeared.  At the Initial Case Management Conference on November 20, 2014, Plaintiff confirmed that Defendant Reliance Mediaworks, Ltd. has yet to be served and that Plaintiff is in the process of doing so through the Hague Convention.  The Court accordingly extends the time for service pursuant to Federal Rule of Civil Procedure 4(m) until April 30, 2015.

A further Case Management Conference is scheduled for May 7, 2015 at 1:30 p.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

**IT IS SO ORDERED**.

Dated: November 21, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge