UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRI WEST GATE SOUTH, L.P.,<br><br>  Plaintiff,<br><br>  v.<br><br>RELIANCE MEDIAWORKS (USA) INC., et al.,<br><br>  Defendants. | Case No. 14-cv-03802-JSC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO SET ASIDE ENTRY OF DEFAULT OF RELIANCE MEDIAWORKS (USA) INC.**<br><br>**RE: DKT. NO. 19** |

Now pending before the Court is Defendant Reliance Mediaworks (USA) Inc.'s Motion to Set Aside Default. (Dkt. No. 19.) Defendant contends that there is good cause to set aside the default entered on November 14, 2014 because at the time default was entered Defendant was in communication with Plaintiff's counsel regarding settlement of the claims alleged herein and attempting to secure local counsel in the event that a settlement was not possible. Plaintiff has filed a statement of non-opposition to the motion to set aside default. (Dkt. No. 24.)

Accordingly, the Court GRANTS Defendant's unopposed Motion to Set Aside Default (Dkt. No. 19) and VACATES the hearing set for February 5, 2015. The Clerk of the Court is directed to set aside the default of Defendant Reliance Mediaworks (USA) Inc. Defendant shall file its response to the Complaint by February 11, 2015.

**IT IS SO ORDERED**.

Dated: January 12, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge