UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRI WEST GATE SOUTH, L.P.,<br><br>    Plaintiff,<br><br>  v.<br><br>RELIANCE MEDIAWORKS (USA) INC., et al.,<br><br>    Defendants. | Case No. 14-cv-03802-JD (JSC)<br><br>**ORDER TO SHOW CAUSE TO COUNSEL FOR DEFENDANT RELIANCE MEDIAWORKS, LTD.**<br><br>Re: Dkt. No. 68 |

Defendant Reliance Mediaworks, Ltds.'s motion to dismiss for insufficient service of process and lack of personal jurisdiction was referred to the undersigned magistrate judge for a report and recommendation. (Dkt. No. 80.) The Court set a hearing on the matter for October 8, 2015 at 9:00 a.m. and ordered counsel to appear in person. (Dkt. No. 82.) Defense counsel, however, failed to appear at today's hearing on Defendant's motion to dismiss. Accordingly, counsel for Defendant is ORDERED TO SHOW CAUSE as to why she should not be sanctioned for her failure to appear and ordered to pay Plaintiff's costs for appearing for the motion hearing. Counsel shall file a written response to this order on or before October 15, 2015.

**IT IS SO ORDERED.**

Dated: October 8, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge