**CHUGH, LLP**
Ameet Matharu (SBN 274294)
2900 Gordon Avenue, Suite 100
Santa Clara, CA 95051
Telephone:  (408) 970-0100
Facsimile:  (408) 970-0200

Attorneys for Defendants
Reliance Mediaworks (USA) Inc. et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRI WEST GATE SOUTH, L.P.,<br><br>                    Plaintiff,<br><br>          v.<br><br>RELIANCE MEDIAWORKS (USA) INC., Et al.,<br><br>                    Defendants. | Case No. 14-cv-03802-JD (JSC)<br><br>**NOTICE OF WITHDRAWAL OF AMEET MATHARU AS COUNSEL FOR DEFENDANTS RELIANCE MEDIAWORKS (USA) INC., D/B/A BIG CINEMAS AND RELIANCE MEDIAWORKS, LTD** |

NOTICE OF WITHDRAWAL OF AMEET MATHARU AS COUNSEL FOR DEFENDANTS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, Ameet Matharu, of Chugh LLP, hereby withdraw as counsel for Defendants Defendants Reliance Mediaworks (USA) Inc. and Reliance Mediaworks, Ltd, ("Defendants") in this matter. Defendants will continue to be represented by Chugh LLP and documents can be served at:

Chugh, LLP
2900 Gordon Ave, Suite 100
Santa Clara, CA 95015
Telephone: 408-970-0100
Facsimile: 408-970-0200

Dated: November 4, 2015

By: */s/ Ameet S. Matharu* _____
Ameet S. Matharu

NOTICE OF WITHDRAWAL OF AMEET MATHARU AS COUNSEL FOR DEFENDANTS