UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRI WEST GATE SOUTH, L.P., <br><br>    Plaintiff, <br><br>    v. <br><br> RELIANCE MEDIAWORKS (USA) INC., et al., <br><br>    Defendants. | Case No.  14-cv-03802-JD <br><br> **ORDER STRIKING NOTICES OF ATTORNEY WITHDRAWAL** <br><br> Re: Dkt. Nos. 96, 97, 98 |

All three of the attorneys on record as counsel for defendants have filed "notices of withdrawal as counsel." Dkt. Nos. 96, 97, 98. Under Civil Local Rule 11-5(a), "[c]ounsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." The Court strikes the notices for failure to comply with Rule 11-5.

If counsel wish to withdraw, they must file a noticed motion requesting permission to do so. Any motion filed must indicate whether the clients agree to the withdrawal, as evidenced by a signed declaration from the client saying so. The motion must also address whether substitute counsel will be appearing, and if not, what conditions the Court should impose to ensure the parties remain apprised of developments in this action in the meantime. *See* Civil L.R. 11-5(b). To be clear, attorneys Simarjit Kaur, Ameet Matharu and Sneha Pathak are not relieved and will remain as counsel of record for defendants Reliance Mediaworks (USA) Inc. and Reliance Mediaworks, Ltd. in this action until the Court orders otherwise.

**IT IS SO ORDERED.**

Dated: November 6, 2015

_____
JAMES DONATO
United States District Judge