1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

WRI WEST GATE SOUTH, L.P.,

Case No.  14-cv-03802-JD

Plaintiff,

8
9

v.

**ORDER ADOPTING REPORTS AND
RECOMMENDATIONS**

10

RELIANCE MEDIAWORKS (USA) INC.,
et al.,

Re: Dkt. Nos. 87, 90

11

Defendants.

12          Because of the unique procedural posture of this case, the Court previously referred two

13   pending motions to Magistrate Judge Jacqueline Scott Corley on a report and recommendation

14   basis:  plaintiff's motion to dismiss the counter-complaint (Dkt. No. 55), and Reliance

15   Mediaworks, Ltd.'s motion to dismiss the complaint for insufficient process and for lack of

16   personal jurisdiction (Dkt. No. 68).  *See* Dkt. No. 80.

17          Now before the Court are Magistrate Judge Corley's respective reports on those motions.

18   Dkt. Nos. 87, 90.  No objections have been filed in response to either report, and the time to file

19   objections has expired.  *See* Fed. R. Civ. P. 72(b).

20          The Court has carefully reviewed both reports and finds them to be thorough and well-

21   reasoned.  The Court consequently adopts both reports in full.

22          For the reasons set forth in Magistrate Judge Corley's October 1, 2015 report and

23   recommendation (Dkt. No. 87), plaintiff WRI's motion to dismiss defendant Big Cinemas'

24   counter-complaint is granted as to the First, Second, Third, Fourth, Fifth and Eighth Causes of

25   Action without leave to amend; granted as to Count Six with leave to amend; and denied as to

26   Count Seven.  Big Cinemas may file a counter-complaint amending its allegations for Count Six

27   (and removing its First, Second, Third, Fourth, Fifth and Eighth Causes of Action) by December

28

United States District Court
Northern District of California

9, 2015.  The counter-complaint may not be amended in any other way (*e.g.*, adding new claims or parties) without prior leave of court.

For the reasons set forth in Magistrate Judge Corley's October 9, 2015 report and recommendation (Dkt. No. 90), defendant Reliance Mediaworks, Ltd.'s motion to dismiss WRI's first amended complaint for insufficient service of process and lack of personal jurisdiction is denied.

The Court sets a further case management conference for January 6, 2016, at 1:30 p.m. in Courtroom 11 of the San Francisco courthouse.

**IT IS SO ORDERED.**

Dated:  November 6, 2015

_____
JAMES DONATO
United States District Judge