UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRI WEST GATE SOUTH, L.P.,<br><br>    Plaintiff,<br><br>    v.<br><br>RELIANCE MEDIAWORKS (USA) INC., et al.,<br><br>    Defendants. | Case No.  14-cv-03802-JD   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: December 3, 2015<br>Mediator: Mark Katz |

IT IS HEREBY ORDERED that the request to excuse defendant Reliance Mediaworks (USA) Inc.'s corporate representative from appearing in person at the December 3, 2015, mediation before Mark Katz is DENIED. The representative with full authority to settle the case shall appear in person at the mediation as set forth in ADR L.R. 6-10(a).

**IT IS SO ORDERED**.

Dated: November 17, 2015

Maria-Elena James
United States Magistrate Judge