G-05 151 (11/13) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern District | **District of** | California |

WRI West Gate South, L.P.
                Plaintiff(s),

V.

Reliance Mediaworks et. al.
                Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:14-cv-03802

Notice is hereby given that, subject to approval by the court, __Reliance Mediaworks et.al__ substitutes
(Party (s) Name)

__Sneha Pathak__, State Bar No. __295327__ as counsel of record in
(Name of New Attorney)

place of __Roshen Prasad__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Sneha Pathak |
| Address: | 2900 Gordon Avenue, Ste. 100 Santa Clara, CA 95051 |
| Telephone: | (408) 970-0100 | Facsimile | (408) 970-0200 |
| E-Mail (Optional): | sneha.pathak@chugh.com |

I consent to the above substitution.
Date: __11/19/15__

For Reliance MediaWorks Limited

_R. M. Vadalara_ (signature)
Director/Authorized Signatory

I consent to being substituted.
Date: __11/19/15__

Roshen Prasad (signature)
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: __11/19/15__

_Pathak_ (signature)
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __12/9/2015__

IT IS SO ORDERED
Judge James Donato

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]