UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRI WEST GATE SOUTH, L.P., <br><br> Plaintiff, <br><br> v. <br><br> RELIANCE MEDIAWORKS (USA) INC., et al., <br><br> Defendants. | Case No.  14-cv-03802-JD <br><br> **ORDER CONDITIONALLY DISMISSING CASE** |

The Court is advised that the parties have settled. Dkt. No. 121. Consequently, the Court vacates all pretrial deadlines and dismisses this case without prejudice. If any party certifies to the Court within **ninety** days from the date of this order that the agreed consideration for the settlement of this action has not been delivered, this order will be vacated and the case will be set for a case management conference. If no certification is filed, the dismissal will be with prejudice after the passage of the ninety days.

**IT IS SO ORDERED.**

Dated: March 25, 2016

_____
JAMES DONATO
United States District Judge